**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JUSTIN HARVEY,

        Plaintiff,

v.                                                                      Case No:   6:24-cv-1339-JSS-LHP

COUNTY OF BREVARD, FL and
JASON STEELE,

        Defendants

---

**ORDER**

The Court previously entered an Order to Show Cause regarding Plaintiff's failure to submit the filing fee.  Doc. No. 7.  Upon consideration of Plaintiff's response (Doc. No. 8), and that the filing fee has now been paid, the Order to Show Cause (Doc. No. 7) is hereby **DISCHARGED**.  Counsel is advised to become familiar with the Local Rules of this Court, along with any applicable standing orders, policies, and/or procedures.  Many of these can be found on the Court's website:  http://www.flmd.uscourts.gov.

**DONE** and **ORDERED** in Orlando, Florida on August 2, 2024.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 2 -